9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

KEVIN KUO-CHUN HSIEH,

            Defendant.

_____/

Case:2:18-cr-20754
Judge: Roberts, Victoria A.
MJ: Majzoub, Mona K.
Filed: 11-08-2018 At 02:55 PM
IND USA VS HSIEH (DP)

VIO:  18 U.S.C. § 2251(a)
       18 U.S.C. § 2422(b)
       18 U.S.C. § 2252A(a)(2)
       18 U.S.C. § 2252A(a)(5)(b)
       18 U.S.C. § 875(d)

## INDICTMENT

THE GRAND JURY CHARGES:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

A girl, MV-1, whose identity is known to the Grand Jury, was a victim of the crimes alleged in Counts One through Six. MV-1 was and is a resident of the Eastern District of Michigan, and was born in February of 1997.

## COUNT ONE

18 U.S.C. § 2251(a)
*Production of Child Pornography*

On or about March 5, 2013, in the Eastern District of Michigan, the defendant, KEVIN KUO-CHUN HSIEH, did knowingly employ, use, persuade, induce, entice and coerce a minor, specifically, MV-1, who was under 18 years of age, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported and transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate and foreign commerce; all in violation of 18 U.S.C. § 2251(a).

2

## COUNT TWO

18 U.S.C. § 2251(a)
*Production of Child Pornography*

On or about October 20, 2014, in the Eastern District of Michigan, the defendant, KEVIN KUO-CHUN HSIEH, did knowingly employ, use, persuade, induce, entice and coerce a minor, specifically, MV-1, who was under 18 years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported and transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate and foreign commerce; all in violation of 18 U.S.C. § 2251(a).

## COUNT THREE

18 U.S.C. §§ 2, 2422(b)
*Coercion and Enticement of a Minor*

On or about and between August of 2011 through on or about January of 2015, in the Eastern District of Michigan and elsewhere, the defendant, KEVIN KUO-CHUN HSIEH, did knowingly use a facility and means of interstate and foreign commerce (to wit: the Internet and a cellular phone) to persuade, induce, entice and coerce a person who had not attained the age of 18 years (to wit: MV-1) to engage in any sexual activity for which any person could be charged with a criminal offense, including but not limited to the production of child pornography as described in 18 U.S.C. § 2256(8), all in violation of Title 18, United States Code, Sections 2, 2422(b).

## <u>COUNT FOUR</u>

18 U.S.C. § 2252A(a)(2)
*Receipt of Child Pornography*

On or about and between August of 2011 through on or about January of 2015, in the Eastern District of Michigan, the defendant, KEVIN KUO-CHUN HSIEH, did knowingly receive child pornography as defined in 18 U.S.C. § 2256(8); and the images received by the defendant had been mailed, shipped, and transported using the Internet, a means and facility of interstate or foreign commerce, and had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT FIVE

18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

On or about July 26, 2018, within the Eastern District of Michigan, the defendant, KEVIN KUO-CHUN HSIEH, knowingly possessed one or more computer hard drives, cell phones, cameras, DVDs, magazines, periodicals, and other material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8) engaged in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and/or transported in and affecting interstate and foreign commerce, and were produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT SIX

*18 U.S.C. § 875(d)*
*Threatening Communications in Interstate Commerce*

From on or about May of 2015 through on or about July of 2015, in the

Eastern District of Michigan, the defendant, KEVIN KUO-CHUN HSIEH,

knowingly and willfully did transmit in interstate commerce, with the intent to

extort from MV-1 sex and other things of value, one or more communications

containing a threat to injure the reputation of MV-1, all in violation of Title 18,

United States Code, Section 875(d).

## FORFEITURE ALLEGATION

1.      The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253 and Title 18, United States Code, Section 2428.

2.      If convicted of an offense charged and set forth above, KEVIN KUO-CHUN HSIEH, shall forfeit to the United States any and all materials and property used and intended to be used in the production, receipt, and possession of visual depictions of minors engaging in sexually explicit conduct, and any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*_____
Grand Jury Foreperson

MATTHEW SCHNEIDER
UNITED STATES ATTORNEY

*s/ Matthew Roth*_____
MATTHEW A. ROTH
Assistant United States Attorney
Chief, Major Crimes Unit
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Email: matthew.roth2@usdoj.gov

*s/ April N. Russo*_____
APRIL N. RUSSO
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
Phone: (313) 226-9129
Email:  april.russo@usdoj.gov

Dated: November 8, 2018

ORIGINAL

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
| --- | --- | --- |

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | Companion Case Number: |
| --- | --- |
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _(signature)_ |

**Case Title:** USA v. _Kevin Kuo-Chun Hsieh_

**County where offense occurred :** _Oakland_

**Check One:**    ☒Felony    ☐Misdemeanor    ☐Petty

```
____Indictment/____Information --- no prior complaint.
 ✓ Indictment/____Information --- based upon prior complaint [Case number: 18-30570 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| --- | --- | --- |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 8, 2018
Date

_(signature)_

April N. Russo
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9129
Fax:    313-226-2372
E-Mail address: april.russo@usdoj.gov
Attorney Bar #:  PA313475

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.